UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RON BRUCKERT,

          Plaintiff(s),

v.

CITY OF CONCORD,

          Defendant(s).

CASE NO. C06-06920 BZ

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)* _____

The parties will select a mediator by June 1, 2007.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   Mediation will be completed by August 5, 2007.

Dated: 1/22/07

                                  ALISON BERRY WILKINSON
                                  Attorney for Plaintiff

Dated: 1/22/07

                                  GREG GROENEVELD
                                  Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- **Private ADR**

Deadline for ADR session
- **90 days from the date of this order**
- other               .

IT IS SO ORDERED.

Dated: January 29, 2007

_____
UNITED STATES MAGISTRATE JUDGE