Alison Berry Wilkinson (SBN 135890)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

Attorneys for Plaintiffs
RON BRUCKERT and all other Consenters

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BRUCKERT<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CONCORD<br><br>Defendant. | Case Number: 06-06920 BZ<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF DEADLINE TO COMPLETE PRIVATE MEDIATION**<br><br>Complaint Filed: November 6, 2006<br>Trial Date: April 7, 2008 |

THE PARTIES HEREBY STIPULATE:

On January 22, 2007, the parties filed their Stipulation and Proposed Order Selecting an ADR Process. The Parties stipulated to enter into private mediation and proposed a deadline of August 5th, 2008.

On January 29, 2007, this Court issued an Order that private mediation must be completed within 90 days, or by April 30, 2007.

As stated in the Joint Case Management Statement and Order, the parties requested a further deadline for completion of mediation due to amount of discovery needed to be completed to conduct a meaningful mediation. The parties have both made good faith efforts to

1
**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINE TO COMPLETE PRIVATE MEDIATION**

1  supply the necessary discovery, which includes, but is not limited to, the production of
2  electronic payroll data from the Defendant, as well as calculations and computations of
3  proposed damages from the Plaintiffs.  However, the parties are still in the process of compiling
4  and exchanging the necessary discovery and therefore would be unable to complete a
5  meaningful mediation by April 30, 2007.
6        The parties hereby request a formal order extending the deadline for completion of
7  mediation to August 30th, 2007.  This date is prior to the next case management conference set
8  for September 17, 2007, and is a reasonable deadline before which the parties can conduct a
9  meaningful mediation.

10  Dated: 4/25/07

11  _____
    Matthew George
12  Attorneys for Ron Bruckert and all Consentors

13  Dated: 4/24/07

14  _____
    Richard Bolanos
    Attorneys for City of Concord

16  IT IS SO ORDERED:

18  Dated: April 30, 2007

19  _____
    Hon. Bernard Zimmerman
20  Judge of the United States District Court



IT IS SO ORDERED
Judge Bernard Zimmerman

---

2

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINE TO COMPLETE PRIVATE MEDIATION**