Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Andrew T. Lu, Bar No. 233101
alu@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:   (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendants
City of Concord

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BRUCKERT,<br><br>                 Plaintiff,<br><br>v.<br><br>CITY OF CONCORD,<br><br>                 Defendant. | Case No.  06-06920 BZ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF DEADLINE TO COMPLETE PRIVATE MEDIATION**<br><br>Complaint Filed: November 6, 2006<br>Trial Date:          April 7, 2008 |

STIPULATION AND PROPOSED ORDER FOR RESCHEDULING OF CMC AND EXTENSION OF DEADLINE FOR MEDIATION

**THE PARTIES HEREBY STIPULATE:**

On January 22, 2007, the parties filed their stipulation and proposed order to enter into private mediation to be completed by August 5, 2007.

On January 29, 2007, this Court issued an order that private mediation be completed within 90 days, or by April 30, 2007.

On February 12, 2007, the parties filed their joint case management statement and proposed order requesting a post-mediation, case management conference for a date in September 2007. On the same day, this Court issued a case management order scheduling the case management conference for September 17, 2007.

On April 25, 2007, the parties requested a formal order extending the deadline for completion of mediation to August 30, 2007 due to the amount of discovery that needed to be completed prior to mediation. On April 30, 2007, this Court issued an order extending the deadline for completion of mediation to August 30, 2007.

On June 15, 2007, the Defendant met its pre-mediation discovery obligation by producing the payroll data to Plaintiffs. Plaintiffs are now in the process of meeting their pre-mediation discovery obligation by calculating estimated damages based on the payroll data. Due to the number of plaintiffs and amount of payroll data, Plaintiffs anticipate completing estimated damage calculations and producing the estimated damage calculations to Defendant by September 7, 2007. The parties have also tentatively agreed upon a mediator, Michael Loeb, to conduct mediation on September 21, 2007.

The parties request a formal order extending the deadline for completion of mediation to September 30, 2007 and rescheduling the post-mediation case management conference for a date in October 2007. The proposed September 30th completion date for mediation allows both parties to adequately prepare for mediation with the estimated damage calculations and to allow the use

//
//
//

STIPULATION AND PROPOSED ORDER FOR RESCHEDULING OF CMC AND EXTENSION OF DEADLINE FOR MEDIATION

of a mutually agreeable mediator. The proposed October date for the case management conference allows a post-mediation case management conference.

Dated: July 10, 2007

Liebert Cassidy Whitmore

By: *(signature)*
Richard C. Bolanos
Andrew T. Lu
Attorneys for Defendant
City of Concord

Dated: July 10, 2007

RAINS, LUCIA & WILKINSON LLP

By: *(signature)*
Alison Berry Wilkinson
Matthew George
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

CMC continued to October 29, 2007 at 4:00 p.m.

Dated: July 11, 2007

By: *(signature)*
Hon. Bernard Zimmerman
Judge of the ~~Superior Court~~
U.S. District Court

44737.1 CO286-010

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*