| | |
|---|---|
| 1 | Richard C. Bolanos, Bar No. 111343 |
| | rbolanos@lcwlegal.com |
| 2 | Andrew T. Lu, Bar No. 233101 |
| | alu@lcwlegal.com |
| 3 | LIEBERT CASSIDY WHITMORE |
| | A Professional Law Corporation |
| 4 | 153 Townsend Street, Suite 520 |
| | San Francisco, CA 94107 |
| 5 | |
| | Telephone: (415) 512-3000 |
| 6 | Facsimile: (415) 856-0306 |
| 7 | Attorneys for Defendants |
| | City of Concord |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BRUCKERT, | Case No. 06-06920 BZ |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR RESCHEDULING DISCOVERY DEADLINES AND DEADLINE FOR HEARING DISPOSITIVE MOTIONS** |
| v. | |
| CITY OF CONCORD, | Complaint Filed: November 6, 2006 |
| Defendant. | Trial Date: April 7, 2008 |

**THE PARTIES HEREBY STIPULATE:**

On October 29, 2007, the Parties conducted the case management conference before this Court.

On November 1, 2007, the Court adopted the Parties' Joint Case Management Conference Statement and issued the Order Scheduling Jury Trial and Pretrial Matters ("Order"). The Order established deadlines for discovery and hearing of dispositive motions, along with setting the trial date and pretrial conference date. The Order also required that Plaintiffs provide a breakdown of individual claims data to Defendant.

On November 15, 2007, Plaintiffs provided a set of individual claims data to Defendant. Since then, the Parties have been working together to resolve the remaining individual claims

data.

On November 6, 2007, Plaintiffs served to Defendant a set of Interrogatories and a Request for Production of Documents. On December 4, 2007, the Defendant responded to Plaintiffs' Interrogatories. On December 28, 2007, the Defendant responded to Plaintiffs' Request for Production of Documents.

Throughout this time, the Parties have been working together to identify persons most knowledgeable on the individual claims as possible deponents. The Parties have scheduled several depositions throughout February and early March, in addition to the depositions the Defendant has already taken in September 2007.

After having reviewed and analyzed the individual claims data and based upon the depositions already taken, the Parties believe that mediation in early April 2008, following the upcoming scheduled depositions, may be productive in resolving the Parties' dispute, thereby avoiding trial. However, if mediation is not successful, the Parties anticipate that additional discovery may be necessary following mediation.

Notwithstanding attempts to mediate the dispute, the Parties also believe that additional depositions may be necessary following the upcoming scheduled depositions due to the number of consentors in the collective action, the number of individual claims, and the varying facts involved.

Thus, to accommodate attempts to mediate the dispute and to conduct additional depositions, the Parties request a formal order extending the deadline for completion of discovery and hearing of dispositive motions. The Parties seek to extend the deadline for close of non-expert discovery from March 14, 2008 to April 11, 2008. The Parties seek to extend the deadline for last day for expert disclosure from March 21, 2008 to April 18, 2008. The Parties seek to extend the deadline for last day for expert discovery from March 28, 2008 to April 25, 2008. Finally, the Parties seek to extend the last day to hear dispositive motions from April 16, 2008 to May 30, 2008. The extended deadlines do not affect the pretrial conference date or the trial date. The following is the Parties' proposed schedule:

(1) Trial Date: July 7, 2008 (no change)

|     |     |                                                               |
| --- | --- | ------------------------------------------------------------- |
| (2) | Pretrial Conference: June 17, 2008 (no change)                |
| (3) | Last Day to Hear Dispositive Motions: May 30, 2008            |
| (4) | Last Day for Expert Discovery: April 25, 2008                 |
| (5) | Last Day for Expert Disclosure: April 18, 2008                |
| (6) | Close of Non-Expert Discovery: April 11, 2008                 |

Dated: February _____, 2008     LIEBERT CASSIDY WHITMORE

By: _____/s/_____
    Richard C. Bolanos
    Andrew Lu
    Attorneys for Defendant
    City of Concord

Dated: February _____, 2008     RAINS, LUCIA & STERN LLP

By: _____/s/_____
    Matthew George
    Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Except that the last day to hear dispositive motions is May 14, 2008.

Dated: February _25_, 2008

By: _____
Hon. Bernard Zimmerman
Judge of the Superior Court

53272.1 CO286-010

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER FOR RESCHEDULING OF CMC AND EXTENSION OF DEADLINE FOR MEDIATION