Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Cepideh Roufougar, Bar No. 225206
croufougar@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendant
CITY OF CONCORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON BRUCKERT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CONCORD,<br><br>Defendant. | Case No. C06-06920 BZ<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT** |

The Parties to the above-entitled action jointly submit this Stipulation and Order for Continuance of Further Case Management Conference Due to Pending Settlement and request the Court to continue the further case management conference currently scheduled to take place on June 30, 2008 at 4:00 p.m. to July 28, 2008 at 4:00 p.m.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that:

1.    On or about April 9, 2008, the parties arrived at a comprehensive settlement of this matter.  The terms of the proposed settlement were previously submitted to the Court on or about April 11, 2008.

2.    The parties have been in the process of obtaining approval on the terms of the proposed settlement from the City Council and from each consenting plaintiff.  The parties anticipate obtaining any outstanding signatures and being able to submit a final settlement

1  agreement to this Court for its approval in the next few weeks.

2      3.    Due to the pending settlement, and to avoid incurring further fees and costs
3  in this matter, the parties jointly request that the further case management conference
4  currently scheduled to take place on June 30, 2008 at 4:00 p.m. be continued to ~~July 28~~, August 4, 2008
5  ~~2008~~ at 4:00 p.m., by which time the parties expect to have a fully executed settlement
6  agreement to present to the Court for approval.

7     IT IS SO STIPULATED.

8
9  Dated: 6/16/2008           _____
                                    Peter Hoffman
10                                     Rains Lucia Stern
11                                     Attorneys for Ron Bruckert, et al.

12 Dated: 6/16/2008           _____
13                                     Cepideh Roufougar
14                                     Liebert Cassidy Whitmore
                                    Attorneys for City of Concord

15    IT IS SO ORDERED
  Further CMC moved to August 4, 2008 at 4:00 p.m.
16   CMC Statement due 7 days prior to the conference.
17 Dated: June 17, 2008           _____
18                                     The Honorable Bernard Zimmerman
                                    United States District Court Magistrate Judge
19 63589.1 CO286-010



Margin: LIEBERT CASSIDY WHITMORE / A Professional Law Corporation / 153 Townsend Street, Suite 520 / San Francisco, CA 94107