Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Cepideh Roufougar, Bar No. 225206
croufougar@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant
CITY OF CONCORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON BRUCKERT, et al.,

Plaintiffs,

v.

CITY OF CONCORD,

Defendant.

Case No. C06-06920 BZ

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT**

The Parties to the above-entitled action jointly submit this Stipulation and Order for Continuance of Further Case Management Conference Due to Pending Settlement and request the Court to continue the further case management conference currently scheduled to take place on August 4, 2008 at 4:00 p.m. to October 6, 2008 at 4:00 p.m.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that:

1. On or about April 9, 2008, the parties arrived at a comprehensive settlement of this matter. The terms of the proposed settlement were previously submitted to the Court on or about April 11, 2008.

2. The parties have been in the process of obtaining approval on the terms of the proposed settlement from the City Council and from each consenting plaintiff. The parties anticipate obtaining any outstanding signatures and being able to submit a final settlement

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

agreement to this Court for its approval in the next few weeks.

3. Due to the pending settlement, and to avoid incurring further fees and costs in this matter, the parties jointly request that the further case management conference currently scheduled to take place on August 4, 2008 at 4:00 p.m. be continued to October 6, 2008 at 4:00 p.m., by which time the parties expect to have a fully executed settlement agreement to present to the Court for approval.

IT IS SO STIPULATED.

Dated: 7/21/2008

Peter Hoffmann
Rains Lucia Stern
Attorneys for Ron Bruckert, et al.

Dated: 7/21/08

Cepideh Roufougar
Liebert Cassidy Whitmore
Attorneys for City of Concord

IT IS SO ORDERED

Dated: July 22, 2008

The Honorable Bernard Zimmerman
United States District Court Magistrate Judge

66524.1 CO286-010

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Bernard Zimmerman
NORTHERN DISTRICT OF CALIFORNIA

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107