1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Cepideh Roufougar, Bar No. 225206
   croufougar@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA 94107
5
   Telephone: (415) 512-3000
6  Facsimile: (415) 856-0306

7  Attorneys for Defendant
   CITY OF CONCORD
8

**FILED**

OCT 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RON BRUCKERT, et al              Case No. C06-06920 BZ

12              Plaintiffs,           **STIPULATION FOR DISMISSAL WITH
                                       PREJUDICE AND FOR ENTRY OF
13       v.                            JUDGMENT; ORDER APPROVING
                                       STIPULATION AND DISMISSAL WITH
14  CITY OF CONCORD,                   PREJUDICE**

15              Defendant.

16

17       Whereas, Ron Bruckert and other City of Concord sworn police personnel

18  (collectively referred to as "Plaintiffs") filed a complaint in the U.S. District Court for the

19  Northern District of California on or about November 6, 2006, entitled, *Ron Bruckert v.

20  City of Concord*, Case No. C06-06920 BZ ("Lawsuit") against the City of Concord for

21  violation of the Fair Labor Standards Act ("FLSA"), alleging that the City had failed to

22  pay the appropriate amount of FLSA overtime compensation;

23       Whereas, each Plaintiff who confirmed his or her choice to join this lawsuit has

24  already signed a "Consent to Join Action (Fair Labor Standards Act, 29 USC § 216(b))"

25  and has not withdrawn his or her consent to this date;

26       Whereas, all parties desire to fully resolve this matter and to avoid incurring further

27  costs and expenses incident to the litigation in this matter;

28

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. C 06-7115 JSW**

1   Whereas, all parties have agreed to the terms of the attached "Settlement
2   Agreement and General Release of Claims" attached hereto as evidenced by their
3   signature pages;

4   Whereas, the parties agree that this settlement is a resolution of disputed matters
5   and is not, in any way, an admission of liability, fault or wrongdoing on the part of any
6   party;

7   IT IS HEREBY STIPULATED, by and between the parties of this action, and
8   through their designated legal counsel, that the above-captained action will be disposed of
9   as follows:

10   1.   That the Court order that his action be dismissed with prejudice in its
11   entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon
12   the terms and conditions stated in the attached Settlement Agreement and General Release
13   of Claims;

14   2.   That the Plaintiffs must each sign document(s) evidencing their agreement
15   to both this "Stipulation With Prejudice and for Entry of Judgment" and the "Settlement
16   Agreement and General Release of Claims" before they can receive any wage payment
17   due under the "Settlement Agreement and General Release of Claims";

18   3.   That any action to enforce the attached Settlement Agreement and General
19   Release of Claims be brought in Superior Court of California, in and for the County of
20   Contra Costa and/or the United States District Court for the Northern District of
21   California, to the extent of this Court=s jurisdiction; and

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

- 2 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. C06-06920 BZ**

Case 3:06-cv-069■-BZ   Document 45   Filed 09/15/2■08   Page 3 of 22

4.  That the Clerk of the Court enter final judgment dismissing this action with prejudice in its entirety.

Dated: 08-25, 2008

FOR THE PLAINTIFFS

Ron Bruckert
Named Plaintiff

Dated: 9-2, 2008

CITY OF CONCORD

~~Edward R. James~~ DANIEL E. KEEN
~~Interim~~ City Manager

Approved as to Form and Content

Dated: 9/11/, 2008

LIEBERT CASSIDY WHITMORE

Richard Bolanos, Esq.
Cepideh Roufougar, Esq.
Attorneys for Defendant

Approved as to Form and Content

Dated: 8·25, 2008

RAINS LUCIA STERN, PC

Harry Stern, Esq.
Matthew George, Esq.
Attorneys for Plaintiffs

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

- 3 -

STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. C06-06920 BZ

## ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims;

2. That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the Superior Court of California, in and for the County of Contra Costa and/or the United States District Court for the Northern District of California, to the extent of this Court=s jurisdiction; and

3. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety

SO ORDERED

Dated: 22 Oct , 2008

The Honorable Bernard Zimmerman
U.S. District Court Magistrate Judge